# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

TY and LINDA BARTELS,

Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

Defendant.

## NOTICE OF FILING OF STATE COURT RECORDS
## PURSUANT TO 28 U.S.C. § 1446(A) AND D.C.COLO.L.CIV.R 81.1

This case was removed to this Court on October 24, 2014. Defendant Safeco Insurance Company of America hereby submit all state court pleadings, motions and other papers pursuant to 28 U.S.C. § 1446(a) and D.C.Colo.LCivR 8.1, as indexed and attached as **Exhibit A**.

Respectfully submitted this 24th day of October, 2014.

                                                                 *s/ Holly C. Ludwig*
                                                                 Brian J. Spano, Esq.
                                                                 Holly C. Ludwig, Esq.
                                                                 Lewis Roca Rothgerber LLP
                                                                 One Tabor Center, Suite 3000
                                                                 1200 Seventeenth Street
                                                                 Denver, Colorado 80202
                                                                 bspano@lrrlaw.com
                                                                 larundel@lrrlaw.com

                                                                 *Attorneys for Defendant*
                                                                 *Safeco Insurance Company of America*

### CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of October, 2014, I electronically filed the foregoing **NOTICE OF FILING STATE COURT RECORDS PURSUANT TO 28 U.S.C. § 1446(a) and D.C.COLO.LCivR 8.1** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ross Ziev, Esq.
SPEIGHTS AND WORRICH, LLC
116 Inverness Drive East, Suite 270
Englewood, CO  80112
Tel:     303.662.8082
Fax:    303.662.8083
ross@speightsfirm.com

*Attorneys for Plaintiffs Ty and Linda Bartels*

                                            *s/ Holly C. Ludwig*
                                            Holly C. Ludwig